1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    JOHN M. GRENFELL (CA Bar No. 88500)
2   john.grenfell@pillsburylaw.com
    JACOB R. SORENSEN (CA Bar No. 209134)
3   jake.sorensen@pillsburylaw.com
    FUSAE NARA (*pro hac vice*)
4   fusae.nara@pillsburylaw.com
    ANDREW D. LANPHERE   (CA Bar No. 191479)
5   andrew.lanphere@pillsburylaw.com
    50 Fremont Street
6   San Francisco, CA  94105
    Telephone: (415) 983-1000
7   Facsimile: (415) 983-1200

8   Attorneys for Defendants
    SHARP CORPORATION and
9   SHARP ELECTRONICS CORPORATION

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15   IN RE:  TFT-LCD (FLAT PANEL)          Master File No. 3:07-md-1827 SI
     ANTITRUST LITIGATION                   MDL No. 1827
16

17   This Document Relates To:             **STIPULATION AND [PROPOSED]**
                                           **ORDER EXTENDING SHARP'S TIME**
18   Case No. 3:11-cv-711 SI               **TO ANSWER AMENDED**
                                           **COMPLAINT**
19   STATE OF NEW YORK, by and through,
     ERIC T. SCHNEIDERMAN, Attorney
20   General,

21                         Plaintiff,

22   v.

23   AU Optronics Corporation, *et al.*,

24                         Defendants.

25

26

27

28

1    WHEREAS plaintiff State of New York filed an Amended Complaint in the above-

2    captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation

3    America, Inc., Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc.,

4    CMO Japan Co., Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices

5    (USA), Inc., LG Display Co., Ltd., LG Display America, Inc., Samsung Electronics Co.,

6    Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp

7    Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Matsushita

8    Display Technology Co., Ltd., Toshiba America Information Systems, Inc., and Toshiba

9    America Electronic Components, Inc. on March 15, 2011, Dkt. no. 2556;

10    WHEREAS the Court granted in part and denied in part defendants' motion to

11    dismiss the Amended Complaint on August 9, 2011;

12    WHEREAS Sharp Corporation and Sharp Electronics Corporation (together,

13    "Sharp") desire a reasonable amount of time to answer the Amended Complaint;

14    WHEREAS the Court previously entered an Order extending the time to answer the

15    Amended Complaint on August 25, 2011, as stipulated by Plaintiff and Sharp; and

16    WHEREAS the requested time modification will not affect any other deadline in

17    this case.

18    THEREFORE, the State of New York and Sharp hereby agree that Sharp's deadline

19    to answer to the Amended Complaint shall be October 25, 2011.

20    Dated:  September 13, 2011

21                            ERIC T. SCHNEIDERMAN
                             Attorney General of the State of New York
22
                             By:_____/s/ Richard L. Schwartz_____
23                              Richard L. Schwartz
                               Acting Bureau Chief, Antitrust Bureau
24                              Amy McFarlane
                               Assistant Attorney General
25                              Attorneys for Plaintiff
                               120 Broadway, 26th Floor
26                              New York, New York 10271
                               (212) 416-8282 (Phone)
27                              (212) 416-6015 (Facsimile)
                               Richard.Schwartz@ag.ny.gov
28                              Attorneys for Plaintiff State of New York

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL
JACOB R. SORENSEN
FUSAE NARA
ANDREW D. LANPHERE
50 Fremont Street
San Francisco, CA  94105


By:_____/s/ John M. Grenfell_____
                                    John M. Grenfell

Attorneys for Defendants SHARP CORPORATION
and SHARP ELECTRONICS CORPORATION

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that the

concurrence of the other signatory hereto has been obtained.


IT IS SO ORDERED.

Dated:   ___9/13/11_____

_____
Honorable Susan Illston

- 2 -

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

500899690v1